June 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY M. WOOD, Appellant

NO. 14-11-00428-CV                    V.

PYRAMID COMMUNITY DEVELOPMENT CORPORATION, Appellee

_____

This cause, an appeal in favor of appellee, Pyramid Community Development Corporation, signed, January 31, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by Appellee, Pyramid Community Development Corporation.

We further order this decision certified below for observance.